■ ANNA M. NICIT, Respondent, v JOHN J. NICIT, Appellant. [621 NYS2d 1000] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied respondent's

motion for summary judgment dismissing the petition. The record supports the court's determination that petitioner had acquired a bona fide domicile in Alabama at the time the divorce action in that State was commenced *(see, Wilke v Wilke,* 73 AD2d 915; *cf., Manasseri v Manasseri,* 121 AD2d 697). The evidence submitted by respondent is insufficient to support his allegation of lack of domicile *(see,* 48 NY Jur 2d, Domestic Relations, § 1474, at 415). The instant proceeding is not barred by res judicata *(see; Nikrooz v Nikrooz,* 167 AD2d 334, 335; 48 NY Jur 2d, Domestic Relations, § 1465, at 399). We reject respondent's contention that petitioner is precluded from maintaining this proceeding on the ground that she obtained the foreign divorce judgment *(see,* Domestic Relations Law § 236 [B] [2], [5]; *Mattwell v Mattwell,* 194 AD2d 715). (Appeal from Order of Supreme Court, Seneca County, Harvey, J.—Equitable Distribution.) Present—Denman, P. J., Green, Balio, Callahan and Boehm, JJ.